[No. 25994-0-II. Division Two. May 3, 2002.]

JOLIN N. LOWRY, *Individually, as Personal Representative, and as Guardian*, ET AL., *Appellants*, v. THE CITY OF AUBURN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08113-4, John A. McCarthy, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26424-2-II. Division Two. May 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL DE LA ROSA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00162-9, James E. Warme, J., entered September 12, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 27152-4-II. Division Two. May 3, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LOREN WALDECK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00980-9, James E. Warme, J., entered February 20, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 27180-0-II. Division Two. May 3, 2002.]

JONATHAN M. BLAKE, *Appellant*, v. VIRGINIA CARMICHAEL RODRIGUEZ, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-00389-7, Don L. McCulloch, J., entered March 9, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.